# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | § § § | |
| V. | § § | CASE NO. 4:10CV221 Judge Schneider/Judge Mazzant |
| | § § | |
| ARTE THOMAS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 7, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be GRANTED.

The Court, having made a *de novo* review of the objections raised by Defendant, as well as Plaintiff's response to Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is therefore **ORDERED** that Plaintiff's Motion to Remand (Dkt. #7) is GRANTED.

It is further **ORDERED** that Defendant shall pay attorney's fees in the amount of $1,000 to Plaintiff's counsel.

**IT IS SO ORDERED.**

SIGNED this 1st day of July, 2010.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE